UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

RONALD MILLER                                                                                        PLAINTIFF

v.                                                                            CIVIL ACTION NO. 3:15-CV-00746-CRS

JAVITCH BLOCK, LLC                                                                              DEFENDANT

### MEMORANDUM OPINION AND ORDER

Defendant Javitch Block, LLC ("Javitch") moves this Court to determine whether a state court ruling is a final judgment. Javitch has not moved this Court with a dispositive motion or referenced any procedural rule that would allow this Court to determine the status of a state court ruling. Instead, Javitch seeks an advisory opinion on a ruling in another case and in another court out of the context of this matter. The Court does not provide advisory opinions. *See Fialka-Feldman v. Oakland Univ. Bd. of Trustees*, 639 F.3d 711, 715 (6th Cir. 2011) ("The 'case or controversy' requirement prohibits all advisory opinions, not just some advisory opinions and not just advisory opinions that hold little interest to the parties or the public."); s*ee generally* U.S. Const. art. III, § 2, cl. 1.

The Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Javitch Block, LLC's motion for ruling (DN 14) is **DENIED**.

SO ORDERED.

April 13, 2016

Charles R. Simpson III, Senior Judge
United States District Court

1