

# JEFFERSON COUNTY, KENTUCKY
## SHERIFF'S OFFICE
### COL. JOHN E. AUBREY
### SHERIFF

**Zip Code:** 40214
Alt Zip Code
**Received Date:** 12/05/2011

**Civil Number:** 2011068013

**\*2011068013\***

SUMMONS-CIVIL

Court Case Number: **11CI07285**
Issued County: JEFFERSON
Court: CIRCUIT COURT
Serve By:
Court Date:
Court Time:

NATIONAL COLLEGIATE STUDENT
VS
RONALD MILLER

Entered By: DEANNA OWEN
Last Modified:
Warrant Check? Y N
Warrant Hit? Y N
Warrant: _____

PTBS

**Name:** **RONALD WAYNE MILLER**
Race: W  Sex: M  DOB: ███
Height:  Weight: 0  SSN:
ID Type:  ID State:  ID Number:
Local ID:  Moniker:
Hm Add: **4536 SOUTHERN PKY**
~~4536~~ 4623 BELLEVUE 40215 SECURITY EMERGENCY ROOM

HM Phone: (502) 3660057
Alt Address:
ALT Phone: (502) 3660057
Employer: CARITAS HOSPITAL
Employer Address: **1850 BLUEGRASS AVE LOUISVILLE, KY 40214-**
Alt Employer:
Alt Employer Address:

Atty: JAVITCH, BLOCK & RATHBONE

| # | DATE | TIME | DEPUTY | REMARKS |
|---|------|------|--------|---------|
| 1 | 12-6 | 1700 | 181 | N.A.C.C. |
| 2 | 12-7 | 1435 | 181 | N.A.C.C. |
| 3 | 12-8 | 0750 | 181 | N.A.C.C. / MOVED NEW OWNERS |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |

Paid by: JAVITCH, BLOCK & RATHBONE
Date Paid: 12/05/2011
Collected By: DEANNA OWEN
Fee: 40.00   CK # 032975
Amount Paid: 40.00

Served: Y N R
Date: 12-9-11
Time: 0945
Arrest Code: 3453
Deputy Signature: _____

DEC 12 2011
Date Returned to Court: _____
Reason: _____