UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| RONALD MILLER | ) Case No. 3:15-CV-746-CRS-CHL |
| Plaintiff, | ) |
| v. | ) |
| JAVITCH BLOCK, LLC | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

Please take notice that the parties have resolved their differences by agreement. The parties intend to file dismissal papers on consummation of the agreement.

Respectfully submitted,

TAYLOR COUCH PLLC

*/s/ Zachary L. Taylor*
ZACHARY L. TAYLOR
2815 Taylorsville Road, Suite 101
Louisville, Kentucky 40205
Telephone: (502) 625-5000
Facsimile: (502) 822-2500
ztaylor@taylorcouchlaw.com

### CERTIFICATE OF SERVICE

It is hereby certified a true and correct copy hereof will be served electronically on this the 21st day of November, 2017, by the Court's ECM/CM filing system to all counsel of record.

*/s/ Zachary L. Taylor*
ZACHARY L. TAYLOR

1