UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **RONALD MILLER** : | CASE NO: 3:15CV-746-CRS |
| : | |
| Plaintiff : | JUDGE: |
| : | |
| vs. : | STIPULATED DISMISSAL OF ALL |
| : | CLAIMS |
| **JAVITCH BLOCK, LLC** : | |
| : | |
| Defendant : | |
| : | |
| : | |

Now comes Plaintiff, Ronald Miller and Defendant Javitch Block LLC, by and through undersigned counsel, and hereby jointly stipulate pursuant to Civ. R. 41(a)(ii) that all claims asserted herein by Plaintiff against Defendant Javitch Block, LLC are hereby dismissed **with prejudice.** The parties further stipulate that this Court shall retain jurisdiction to enforce the settlement agreement.

Jointly Submitted:

/s/ Zachary L. Taylor
ZACHARY L. TAYLOR
Taylor Couch PLLC
2815 Taylorsville Rd, Suite 101
Louisville, KY 40205
(502) 822-2500
(502) 822-2500
ztaylor@taylorlawcenter.com
*Attorney for Plaintiff*

/s/ James Y. Oh  (with permission)
Robert K. Hogan (88285)
James Y. Oh (Ohio Bar # 0070325)
Attorney for Defendant
Javitch Block, LLC
700 Walnut St, Ste. 302
Cincinnati, Ohio 45202
(513) 744-9600
(513) 744-9602 fax
rhogan@jbandr.com
JOh@jbandr.com
*Attorneys for the Plaintiff*

IT IS SO ORDERED.

January 10, 2018



**Charles R. Simpson III, Senior Judge**
**United States District Court**